# United States District Court
## *Southern District of Georgia*
### Brunswick Division



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV -9 P 12: 08

UNITED STATES OF AMERICA

vs.

SANJAYKUMAR A. PATEL

CASE NUMBER CR 205-45

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28 United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS HEREBY ORDERED that __Nina Patel__, a non-certified interpreter or otherwise competent interpreter, is designated to serve as an interpreter in this case. Compensation shall be paid by the government at a rate of $156.00 per day, with a minimum of one half day's compensation of $86.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $27.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U.S. Probation Office shall be made on Form AO322. Claim for compensation for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. **Any services relating to the CJA Form 21 must be approved by the Court prior to the services rendered.** These forms shall be furnished by the Clerk of Court.

SO ORDERED, this __9th__ day of __November__, __2005__.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA